MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
FRANCESCO BENAVIDES, CABN 258924
Special Assistant United States Attorney
Assistant Regional Counsel
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (415) 977-8978
Attorneys for Defendant

Lindsay F. Osterhout, Esq.
Osterhout Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
, Mark Allan Keeler

David Allen, Esq.
CA Bar ID No.: 87193
David Allen & Associates
5230 Folsom Boulevard
Sacramento, CA 95819
Attorney for Plaintiff, Mark Allan Keeler

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ALLAN KEELER, | Case No. 1:18-cv-00283-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d) |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

///

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of SEVEN THOUSAND SIX HUNDRED DOLLARS and 00/100 ($7,600.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, Lindsay F. Osterhout.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of SEVEN THOUSAND SIX HUNDRED DOLLARS and 00/100 ($7,600.00) in EAJA attorney fees shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Lindsay F. Osterhout, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

///

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | Dated: 12/18/2019 | /s/ Lindsay F. Osterhout |
| 4 | | LINDSAY F. OSTERHOUT<br>Attorney for Plaintiff |
| 5 | | /s/ David Allen |
| 6 | | DAVID ALLEN<br>Attorney for Plaintiff |
| 7 | | |
| 8 | Dated: 12/18/2019 | MCGREGOR W. SCOTT |
| 9 | | United States Attorney<br>DEBORAH LEE STACHEL |
| 10 | | Regional Chief Counsel, Region IX<br>Social Security Administration |
| 11 | | |
| 12 | | By: */s/ Francesco Benavides\**<br>FRANCESCO BENAVIDES |
| 13 | | Special Assistant U.S. Attorney<br>Attorneys for Defendant |
| 14 | | (*Permission to use electronic signature<br>obtained via email on 12/18/2019). |

IT IS SO ORDERED.

Dated: **December 30, 2019**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE